GERTRUDE B. SILVERMAN, Appellant, *v.* STERLING NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Respondent.

(Submitted March 19, 1936; decided March 20, 1936.)

*Mildred Claiborne Mebel* for motion.

*Leslie Kirsch* and *Sydney W. Cable* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground an appeal may be taken as of right from the judgment.